UNITED STATES of America, Plaintiff–Appellee,

v.

Ricardo GARCIA–MENDOZA, Defendant–Appellant.

No. 12–50200.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2013.*

Filed April 22, 2013.

Curtis A. Kin, Esquire, Assistant U.S., Christina T. Shay, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Yolanda Barrera, Esquire, Trial, Law Office of Yolanda Barrera, Monrovia, CA, for Defendant–Appellant.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Ricardo Garcia–Mendoza appeals from the district court's judgment and challenges the 120–month sentence imposed following his guilty-plea conviction for possession with intent to distribute metham-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

phetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Garcia–Mendoza contends that the district court erred by denying him relief under the safety valve provision of 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2. The district court did not clearly err in finding that Garcia–Mendoza did not, at any time before he was sentenced, truthfully provide the government all of the information he had regarding the offense. *See United States v. Orm Hieng,* 679 F.3d 1131, 1144 (9th Cir.), *cert. denied,* —— U.S. ——, 133 S.Ct. 775, 184 L.Ed.2d 512 (2012). Garcia–Mendoza was accordingly ineligible for safety valve relief. *See* 18 U.S.C. § 3553(f)(5).

**AFFIRMED.**